Hanover District Court
No. 7665

LAURENCE F. GARDNER

v.

PATRICIA M. AHERN

June 20, 1977

Laurence F. Gardner, pro se, filed no brief.

*Martha M. Davis,* of Windsor, Vt., for the defendant, filed no brief.

MEMORANDUM OPINION

Action in assumpsit to recover the balance due on a bill for legal services rendered by the plaintiff's firm to the defendant. There was a hearing before the justice of the Hanover District Court, resulting in a verdict for the plaintiff for $350, from which the defendant appealed. Transferred by *Slive,* J.

Numerous exhibits, but no transcript of the evidence, were transferred.

We find no errors on the face of the record and sustain the district court's decision. *Koziell v. Fairbanks,* 115 N.H. 679, 348 A.2d 358 (1975).

*Judgment on the verdict.*